# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| JOHNNIE ODUM, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV414-238 |
| ) | |
| JUDGE ROBERT L. RUSSELL; ) | |
| REBECCA CROWE; CPT. LARRY ) | |
| JACOBS; DEBBIE CREWS; ) | |
| DANNY C. SAYER; STEPHEN R. ) | |
| YEKEL; DALLAS RYAL; ROYLEE ) | |
| SMITH; TOM DURDEN; ROBERT ) | |
| WARDS; PAT HOOD; KATHLEEN ) | |
| JENNINGS; GABE T. CLIETT; ) | |
| AMY E. HAWKINS MORELLI; ) | |
| JULIE ROBERTSON; and ) | |
| CARMEN ROJAS RAFTER, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Johnnie Odum filed this 42 U.S.C. § 1983 case on October 31, 2014, doc. 1, but has failed to serve any of the defendants within the 120 days demanded by Fed. R. Civ. P. 4(m). Within 14 days of the date this Order is served, she must show cause why her case should not be dismissed for violating Rule 4(m).

**SO ORDERED,** this 18TH day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA