IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHNNIE ODUM, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV414-238 |
| JUDGE ROBERT L. RUSSELL; REBECCA CROWE; CPT. LARRY JACOBS; DEBBIE CREWS; DANNY C. SAYER; STEPHEN R. YEKEL; DALLAS RYAL; ROYLEE SMITH; TOM DURDEN; ROBERT WARDS; PAT HOOD; KATHLEEN JENNINGS; GABE T. CLIETT; AMY E. HAWKINS MORELLI; JULIE ROBERTSON; and CARMEN ROJAS RAFTER; | ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which objections have been filed (Doc. 10). After careful consideration, however, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this __1ST__ day of July 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA